

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00076-CR

Phillip **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 421st District Court, Caldwell County, Texas
Trial Court No. 2012-108
The Honorable Todd Alexander Blomerth, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is MODIFIED as follows:

It is ORDERED that the trial court's judgment reflect a conviction for a third degree felony.

As modified, the judgment of the trial court is AFFIRMED.

SIGNED October 23, 2013.

_____
Karen Angelini, Justice